UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FLERIDA CALDERON-PAUL, | |
| Plaintiff, | |
| v. | Case No. 3:25-cv-359-JPG |
| INTERFLET TRANSPORT, et al., | |
| Defendants. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on preliminary review of jurisdiction. The Plaintiff filed their lawsuit in St. Clair County and the Defendants removed this suit to federal court. The Defendants allege that this court has diversity jurisdiction over this case. While the Notice of Removal, (Doc. 1), provides for the citizenship of multiple individuals and business entities, it does not provide the citizenship of the decedent; his citizenship must be alleged to adequately determine jurisdiction. Accordingly, the Defendants are **ORDERED** to file a supplement, or alternatively, an amended Notice of Removal adequately pleading Bryan Sanchez-Calderon's citizenship, within fourteen (14) days of the entry of this order.

**IT IS SO ORDERED.**
**DATED:  March 26, 2025**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**